```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

          JAN - 4 2011

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY W. BROOKS, #67477 | ) ) ) |
| Plaintiff, | ) 3:10-cv-00481-RCJ-VPC ) |
| vs. | ) **ORDER** ) |
| DR. KAREN GEDNEY, *et al.*, | ) ) |
| Defendants. | ) |

This court granted plaintiff leave to file an amended complaint, if he so chose, in conformance with its order dated November 30, 2010 (docket #4). Before the court is plaintiff's motion for extension of time to file the amended complaint (docket #6). For good cause shown, the court will grant plaintiff's motion. Plaintiff has an additional thirty (30) days from the date of entry of this order in which to file his amended complaint.

**IT IS THEREFORE ORDERED** that plaintiff's motion to extend time to file his amended complaint (docket #6) is **GRANTED**. Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** his amended complaint. Plaintiff's failure to file an amended

complaint shall result in this action proceeding in conformance with this court's order of November 30, 2010 (docket #4).

DATED this 3rd day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE